IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS LEE ANDERSON,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

ORDER

Case No. 14-cv-58-wmc

---

Petitioner Thomas Lee Anderson seeks a federal writ of habeas corpus pursuant to 28 U.S.C. § 2241 to challenge the validity of his sentence. He has neither paid the $5 filing fee nor requested leave to proceed *in forma pauperis* in this habeas proceeding. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed *in forma pauperis* no later than March 11, 2014.

If petitioner does not submit either the $5 payment or a motion for leave to proceed *in forma pauperis* before March 11, 2014, the court will assume that he wishes to withdraw this action voluntarily and will dismiss the petition without further notice.

ORDER

IT IS ORDERED that:

1. No later than March 11, 2014, petitioner Thomas Lee Anderson shall pay the $5 filing fee or submit a motion for leave to proceed *in forma pauperis*.

2. Petitioner is advised that, if he fails to comply as directed or show cause for his failure to do so, the court will assume that he does not wish to proceed and this case will be dismissed without further notice.

Entered this 24th day of February, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge