IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS LEE ANDERSON,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

v.                                           Case No. 14-cv-58-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the document styled as a petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by petitioner Thomas Lee Anderson.

    /s/                                                                    5/9/2014

Peter Oppeneer, Clerk of Court                               Date